HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ZOOMINFO TECHNOLOGIES, LLC<br><br>      Plaintiff,<br><br> vs.<br><br>BY APPOINTMENT ONLY, INC.<br><br>      Defendant. | NO. 3:20-cv-05676-BHS<br><br>DEFENDANT BY APPOINTMENT ONLY, INC.'S CORPORATE DISCLOSURE STATEMENT |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the Western District of Washington and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for By Appointment Only, Inc. in the above captioned action certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten (10) percent of the stock of the following:  None.

DEFENDANT BY APPOINTMENT ONLY, INC.'S
CORPORATE DISCLOSURE STATEMENT  -1
(Case No. 3:20-cv-05676-BHS)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (619) 230-7768
Facsimile: (206) 689-2822

| | |
|---|---|
| 1  Dated: September 15, 2020 | GORDON REES SCULLY MANSUKHANI, LLP |
| 2 | |
| 3 | By: *s/ Richard P. Sybert* |
|   |     Richard P. Sybert, WSBA #8357 |
| 4 | |
| 5 | By: *s/ Allen W. Estes, III* |
|   |     Allen W. Estes III, WSBA #34526 |
|   |     701 Fifth Avenue, Suite 2100 |
| 6 |     Seattle, WA 98104 |
| 7 |     Phone: (619) 230-7768 |
|   |     Fax: (206) 689-2822 |
|   |     rsybert@grsm.com |
| 8 |     aestes@grsm.com |
| 9 |     Attorneys for Defendant By Appointment Only, Inc. |

DEFENDANT BY APPOINTMENT ONLY, INC.'S
CORPORATE DISCLOSURE STATEMENT **-2**
(Case No. 3:20-cv-05676-BHS)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (619) 230-7768
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2020, I electronically filed the foregoing document entitled with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered participants:

    Darin Sands
    dsands@bradleybernsteinllp.com

    Heidi Bradley
    hbradley@bradleybernsteinllp.com

Dated:  September 15, 2020.

                                         *s/ Christine F. Zea*
                                         Christine F. Zea, Legal Assistant

DEFENDANT BY APPOINTMENT ONLY, INC.'S
CORPORATE DISCLOSURE STATEMENT  **-3**
(Case No. 3:20-cv-05676-BHS)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (619) 230-7768
Facsimile: (206) 689-2822